IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TREY BURNETT                                     PLAINTIFF

v.                      No. 4:23-cv-369-DPM

KILOLO KIJAKAZI, Commissioner,
Social Security Administration                     DEFENDANT

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 12*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). There is substantial evidence in the record supporting the Commissioner's decision and it is not based on legal error. *Slusser v. Astrue*, 557 F.3d 923, 925 (8th Cir. 2009). The Commissioner's decision is therefore affirmed. Burnett's complaint will be dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

8 November 2023