IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TREY BURNETT                                              PLAINTIFF

v.                      No. 4:23-cv-369-DPM

KILOLO KIJAKAZI, Commissioner,
Social Security Administration                     DEFENDANT

## JUDGMENT

Burnett's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 November 2023